# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 550 EAL 2015
                     :

            Petitioner   :

                     :   Petition for Allowance of Appeal from
                     :   the Order of the Superior Court

            v.            :

BERNARD HILL, JR.,              :

            Respondent   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.